IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01812-GPG

WILLIAM ROBERT "Billy Bob" BRAMSCHER,

    Plaintiff,

v.

CITY & COUNTY OF DENVER &c,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff William Robert "Billy Bob" Bramscher currently resides in Lone Tree, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled, "Complaint for Violation of Civil Rights ," ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 3. In an order entered on July 27, 2017, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher ordered Plaintiff to file his claims on a Court-approved Complaint form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Because Plaintiff now has failed to comply with the July 27, 2017 Order within the time allowed the action will be dismissed for failure to cure all noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, in forma pauperis status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.   It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   6th   day of   September  , 2017.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court