IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01812-LTB

WILLIAM ROBERT "Billy Bob" BRAMSCHER,

    Plaintiff,

v.

CITY & COUNTY OF DENVER &c,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 6, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 6 day of September, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. Garcia Garcia
                Deputy Clerk